UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

44169
Morton & Craig LLC
William E. Craig, Esquire
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Ford Motor Credit Company LLC,
Servicer for CAB East LLC

In Re:

MARCO SCHIANO
VALERIE L. SCHIANO



Order Filed on July 5, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 15-18003

Adv. No.

Hearing Date: 5-30-17

Judge: (ABA)

## ORDER RESOLVING MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: July 5, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtorss: Marco and Valerie Schiano
Case No: 15-18003
Caption of Order:  Order Resolving Motion For Allowance Of Administrative Claim

   This matter having brought before this Court on a Motion For Allowance Of Administrative Claim filed by John R. Morton, Jr., Esq., attorney for Ford Motor Credit Company, with the appearance of Carrie J. Boyle, Esq. on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

   **ORDERED:**

1. **That Ford Motor Credit Company, servicer for CAB East LLC ("Ford") is the owner and lessor of a 2015 Ford Explorer bearing vehicle identification number 1FM5K8DB5FGA00781.**

2. **That the Debtors' account with Ford has unpaid lease payments totaling $1,587.00.**

3. **That the Debtors are to pay the amount set forth in paragraph two (2) above as follows:**

   a. **The Debtors are to make a payment of $1,058.00 directly to Ford by June 15, 2017 or Ford shall be entitled to stay relief upon filing a Certification Of Default with the Court and serving it on the Debtors, their attorney, and the chapter 13 trustee.**

   b. **Following the payment set forth in paragraph 3(a) above, the Chapter 13 Trustee is to pay $529.00 as an administrative claim to Ford/CAB East.**