UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

44169
Morton & Craig LLC
William E. Craig, Esquire
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Ford Motor Credit Company LLC,
Servicer for CAB East LLC

In Re:

MARCO SCHIANO
VALERIE L. SCHIANO

Order Filed on July 5, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 15-18003

Adv. No.

Hearing Date: 5-30-17

Judge: (ABA)

# ORDER RESOLVING MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

DATED: July 5, 2017

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtorss: Marco and Valerie Schiano
Case No: 15-18003
Caption of Order:  Order Resolving Motion For Allowance Of Administrative Claim

This matter having brought before this Court on a Motion For Allowance Of Administrative Claim filed by John R. Morton, Jr., Esq., attorney for Ford Motor Credit Company, with the appearance of Carrie J. Boyle, Esq. on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**
1. **That Ford Motor Credit Company, servicer for CAB East LLC ("Ford") is the owner and lessor of a 2015 Ford Explorer bearing vehicle identification number 1FM5K8DB5FGA00781.**
2. **That the Debtors' account with Ford has unpaid lease payments totaling $1,587.00.**
3. **That the Debtors are to pay the amount set forth in paragraph two (2) above as follows:**
   a. **The Debtors are to make a payment of $1,058.00 directly to Ford by June 15, 2017 or Ford shall be entitled to stay relief upon filing a Certification Of Default with the Court and serving it on the Debtors, their attorney, and the chapter 13 trustee.**
   b. **Following the payment set forth in paragraph 3(a) above, the Chapter 13 Trustee is to pay $529.00 as an administrative claim to Ford/CAB East.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-18003-ABA
Marco Schiano                                                           Chapter 13
Valerie L Schiano
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Jul 05, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2017.
db/jdb         +Marco Schiano,   Valerie L Schiano,   532 Riggs Avenue,   Berlin, NJ 08009-2710

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2017                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2017 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    Wells Fargo  Bank, N.A. nj.bkecf@fedphe.com
              Carrie J. Boyle    on behalf of Joint Debtor Valerie L Schiano cboyle@mpadlaw.com,
               cjbecf@gmail.com;KGresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com
              Carrie J. Boyle    on behalf of Debtor Marco  Schiano cboyle@mpadlaw.com,
               cjbecf@gmail.com;KGresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joel A. Ackerman    on behalf of Creditor    Wells Fargo  Bank, N.A. jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    Wells Fargo Bank, N.A. jackerman@zuckergoldberg.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
              Michael S. Ackerman    on behalf of Creditor    Wells Fargo  Bank, N.A.
               bankruptcynotice@zuckergoldberg.com
                                                                                             TOTAL: 11