**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In Re: | Case No.: | 15-18003 |
|---|---|---|
| Marco Schiano | Hearing Date: | |
| Valerie L Schiano | Chapter: | ABA |
| | Judge: | 13 |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable  Andrew B. Altenburg Jr.  , United States Bankruptcy Judge.

**Reason for Hearing:**   Objection to Trustee's Certification of Default re:

**Location of Hearing:**   Courtroom No. 4B
Mitchell H. Cohen US Courthouse
400 Cooper Street
Camden NJ 08101

**Date and Time:**   3/16/2018 @ 9:00 AM  , or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: 2/2/2018

JEANNE A. NAUGHTON, Clerk

By: /s/Kenyatta A. Johnson
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on  2/2 , 20 18  this notice was served on the following: Marco Schiano and Valerie L Schiano, Thomas G. Egner Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/Kenyatta A. Johnson
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Marco Schiano  
Valerie L Schiano  
    Debtors

Case No. 15-18003-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Feb 02, 2018  
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2018.  
db/jdb       +Marco Schiano,   Valerie L Schiano,   532 Riggs Avenue,   Berlin, NJ 08009-2710

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2018                                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2018 at the address(es) listed below:

        Andrew L. Spivack   on behalf of Creditor   Wells Fargo  Bank, N.A. nj.bkecf@fedphe.com  
        Carrie J. Boyle   on behalf of Debtor Marco  Schiano cboyle@mpadlaw.com,  
         cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcase.com;carrie.boyle@comcast.net  
        Carrie J. Boyle   on behalf of Joint Debtor Valerie L Schiano cboyle@mpadlaw.com,  
         cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcase.com;carrie.boyle@comcast.net  
        Denise E. Carlon   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Donna L. Wenzel   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
        Isabel C. Balboa   ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Joel A. Ackerman   on behalf of Creditor   Wells Fargo  Bank, N.A. jackerman@zuckergoldberg.com  
        Joel A. Ackerman   on behalf of Creditor   Wells Fargo Bank, N.A. jackerman@zuckergoldberg.com  
        John R. Morton, Jr.   on behalf of Creditor   CAB East LLC, serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com  
        Michael S. Ackerman   on behalf of Creditor   Wells Fargo  Bank, N.A. bankruptcynotice@zuckergoldberg.com  
        Nicholas V. Rogers   on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
        Thomas G. Egner   on behalf of Joint Debtor Valerie L Schiano tegner@mcdowelllegal.com, kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcase.com  
        Thomas G. Egner   on behalf of Debtor Marco  Schiano tegner@mcdowelllegal.com, kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcase.com  
                                                                                                                                                     TOTAL: 14