| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Marco Schiano<br>First Name  Middle Name  Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–8531<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Valerie L Schiano<br>First Name  Middle Name  Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–9047<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13   4/30/15 |
| Case number: | 15–18003–ABA | Date case converted to chapter: | 7   3/14/18 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                                12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Marco Schiano | Valerie L Schiano |
| 2. | **All other names used in the last 8 years** | | aka Valerie Pino, aka Valerie Lynn Schiano |
| 3. | **Address** | 532 Riggs Avenue<br>Berlin, NJ 08009 | 532 Riggs Avenue<br>Berlin, NJ 08009 |
| 4. | **Debtor's attorney**<br>Name and address | Carrie J. Boyle<br>Boyle & Valenti Law, P.C.<br>10 Grove Street<br>Second Floor<br>Haddonfield, NJ 08033 | Contact phone 856–499–3335 |
| 5. | **Bankruptcy trustee**<br>Name and address | Andrew Sklar<br>1200 Laurel Oak Road<br>Suite 102<br>Voorhees, NJ 08043 | Contact phone 856–258–4050 |

**For more information, see page 2 >**

Case 15-18003-ABA    Doc 62    Filed 03/22/18    Entered 03/23/18 00:33:57    Desc Imaged
                                Certificate of Notice    Page 2 of 5
Debtor **Marco Schiano** and **Valerie L Schiano**                                    Case number **15–18003–ABA**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 401 Market Street  Camden, NJ 08102  Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)  Contact phone 856–361–2300  Date: 3/20/18 |
| **7.** | **Meeting of creditors**  **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **April 20, 2018 at 09:30 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Bridge View Building, Suite 102, 800 Cooper Street, Camden, NJ 08101** |
| **8.** | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9).  **WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 6/19/18** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **2**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-18003-ABA
Marco Schiano                                                           Chapter 7
Valerie L Schiano
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2            Date Rcvd: Mar 20, 2018
                              Form ID: 309A            Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2018.
```
db/jdb         +Marco Schiano,   Valerie L Schiano,   532 Riggs Avenue,   Berlin, NJ 08009-2710
aty            +Thomas G. Egner,   McDowell Law, PC,   46 West Main Street,   Maple Shade, NJ 08052-2432
tr             +Andrew Sklar,   1200 Laurel Oak Road,   Suite 102,   Voorhees, NJ 08043-4317
515480559      +Bby/Cbna,   50 Northwest Point Road,   Elk Grove Village, IL 60007-1032
515480563      +Chase,   Po Box 901003,   Ft Worth, TX 76101-2003
515480565      +Client Services Inc,   3451 Harry S Truman Blvd,   Saint Charles, MO 63301-9816
515480566       Copit Plastic Surgery Assoc.,   840 Walnut Street,   15th Floor,   Philadelphia, PA 19107-5109
515508664      +Department Stores National Bank For Macys Branded,   Bankruptcy Processing,   Po Box 8053,
                 Mason, OH 45040-8053
515480570       EIS LLC,   P.O. Box 1730,   Reynoldsburg, OH 43068-8730
515480569      +Eastern Account System,   75 Glen Rd Ste 110,   Sandy Hook, CT 06482-1175
515480572      +FMA Alliance, Ltd.,   12339 Cutten Road,   Houston, TX 77066-1807
516946630      +Ford Motor Credit Co., serv. for Cab East LLC,   P.O. Box 62180,
                 Colorado Springs, CO 80962-2180
515658915       JPMorgan Chase Bank, N.A.,   National Bankruptcy Department,   P.O. BOX 901032,
                 Ft. Worth, TX 76101-2032
515480576      +MRS Associates,   1930 Olney Ave,   Cherry Hill, NJ 08003-2016
515564236      +Midland Credit Management, Inc. as agent for,   MIDLAND FUNDING LLC,   PO Box 2011,
                 Warren, MI 48090-2011
515528272       NAVIENT CREDIT FINANCE CORP - FHLB on behalf,   Educational Credit Management Corporatio,
                 Educational Credit Management Corporatio,   PO BOX 16408,   St Paul, MN 55116-0408
515480577      +Northland Group, Inc.,   P.O. Box 390846,   Minneapolis, MN 55439-0846
515480578      +State of New Jersey Division of Taxation,   Bankruptcy Section,   PO Box 245,
                 Trenton, NJ 08695-0245
515629447      +Wells Fargo Bank, N.A.,   c/o Zucker Goldberg & Ackerman,   200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: cboyle@b-vlaw.com Mar 20 2018 23:13:09      Carrie J. Boyle,
                 Boyle & Valenti Law, P.C.,   10 Grove Street,   Second Floor,   Haddonfield, NJ  08033
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 20 2018 23:13:56      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 20 2018 23:13:53      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515480558      +EDI: ARSN.COM Mar 21 2018 16:01:00      ARS National Services, Inc,   201 West Grand Ave,
                 Escondido, CA 92025-2603
515480557      +E-mail/Text: bknotices@conduent.com Mar 20 2018 23:14:50      Acs/Navient,   501 Bleecker St,
                 Utica, NY 13501-2401
515605549       EDI: AIS.COM Mar 21 2018 15:58:00      American InfoSource LP as agent for,   Verizon,
                 PO Box 248838,   Oklahoma City, OK  73124-8838
515480560       EDI: BANKAMER.COM Mar 21 2018 16:08:00      Bk Of Amer,   Po Box 982235,   El Paso, TX 79998
515480561       EDI: CAPITALONE.COM Mar 21 2018 16:08:00      Cap One,   Po Box 85520,   Richmond, VA 23285
515480562      +EDI: CAPITALONE.COM Mar 21 2018 16:08:00      Cap1/Neimn,   26525 N Riverwoods Blvd,
                 Mettawa, IL 60045-3440
515616841      +EDI: BASSASSOC.COM Mar 21 2018 15:58:00      Cavalry SPV I, LLC,   c/o Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Suite 200,   Tucson, AZ 85712-1083
515480564      +EDI: CHASE.COM Mar 21 2018 16:06:00      Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
515480567      +E-mail/Text: electronicbkydocs@nelnet.net Mar 20 2018 23:13:58      Dept Of Education/Neln,
                 121 S 13th St,   Lincoln, NE 68508-1904
515497325       EDI: DISCOVER.COM Mar 21 2018 16:06:00      Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
515480568      +EDI: DISCOVER.COM Mar 21 2018 16:06:00      Discover Fin Svcs Llc,   Po Box 15316,
                 Wilmington, DE 19850-5316
515496037       EDI: FORD.COM Mar 21 2018 16:00:00      Ford Motor Credit Company LLC,   Dept. 55953,
                 P.O. Box 55000,   Detroit, MI  48255-0953
515480571      +EDI: AMINFOFP.COM Mar 21 2018 16:04:00      First Premier Bank,   601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
515480573      +EDI: FORD.COM Mar 21 2018 16:00:00      Ford Cred,   Po Box Box 542000,   Omaha, NE 68154-8000
515480574      +EDI: IRS.COM Mar 21 2018 16:09:00      Internal Revenue Service,
                 Centralized Insolvency Operation,   PO Box 7346,   Philadelphia, PA 19101-7346
515480575      +EDI: TSYS2.COM Mar 21 2018 16:06:00      Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
515703862      +EDI: JEFFERSONCAP.COM Mar 21 2018 15:58:00      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
515502033      +E-mail/Text: electronicbkydocs@nelnet.net Mar 20 2018 23:13:58      U.S. Department of Education,
                 C/O Nelnet,   3015 South Parker Road, Suite 400,   Aurora, CO 80014-2904
515480579      +EDI: CITICORP.COM Mar 21 2018 16:08:00      Unvl/Citi,   Po Box 6241,
                 Sioux Falls, SD 57117-6241
515480580      +EDI: VERIZONEAST.COM Mar 21 2018 16:12:00      Verizon,   500 Technology Dr Ste 30,
                 Weldon Spring, MO 63304-2225
515480582       EDI: WFFC.COM Mar 21 2018 16:05:00      Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,
                 Frederick, MD 21701
```

```
District/off: 0312-1           User: admin                Page 2 of 2                  Date Rcvd: Mar 20, 2018
                               Form ID: 309A              Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
515480581     +EDI: WFFC.COM Mar 21 2018 16:05:00      Wells Fargo Bank Nv Na,    Po Box 31557,
               Billings, MT 59107-1557
515705031      EDI: WFFC.COM Mar 21 2018 16:05:00      Wells Fargo Bank, N.A.,    Home Equity Group,
               1 Home Campus X2303-01A,    Des Moines, IA 50328-0001
515637344     +EDI: WFFC.COM Mar 21 2018 16:05:00      Wells Fargo Bank, N.A.,
               Attention: Bankruptcy Department,    MAC# D3347-014,    3476 Stateview Blvd.,
               Fort Mill, SC 29715-7203
515601917      EDI: ECAST.COM Mar 21 2018 16:03:00      eCAST Settlement Corporation, assignee,
               of Citibank, N.A.,    POB 29262,   New York, NY 10087-9262
                                                                                                TOTAL: 28

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2018 at the address(es) listed below:
```
              Andrew   Sklar    andy@sklarlaw.com,    NJ43@ecfcbis.com;dolores@sklarlaw.com
              Andrew L. Spivack    on behalf of Creditor    Wells Fargo  Bank, N.A. nj.bkecf@fedphe.com
              Carrie J. Boyle    on behalf of Joint Debtor Valerie L Schiano cboyle@b-vlaw.com,
               cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cge
               tz@mpadlaw.com;r62202@notify.bestcase.com;carrie.boyle@comcast.net
              Carrie J. Boyle    on behalf of Debtor Marco   Schiano cboyle@b-vlaw.com,
               cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cge
               tz@mpadlaw.com;r62202@notify.bestcase.com;carrie.boyle@comcast.net
              Denise E. Carlon    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joel A. Ackerman    on behalf of Creditor    Wells Fargo  Bank, N.A. jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    Wells Fargo  Bank, N.A. jackerman@zuckergoldberg.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Michael S. Ackerman    on behalf of Creditor    Wells Fargo  Bank, N.A.
               bankruptcynotice@zuckergoldberg.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Thomas G. Egner    on behalf of Joint Debtor Valerie L Schiano tegner@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
               om;mfunk@mcdowelllegal.com
              Thomas G. Egner    on behalf of Debtor Marco   Schiano tegner@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
               om;mfunk@mcdowelllegal.com
                                                                                                TOTAL: 14
```