UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: 15-18003-ABA |
|---|---|
| SCHIANO, MARCO | Chapter: 7 |
| SCHIANO, VALERIE L | Judge: Andrew B. Altenburg, Jr. |

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on June 12, 2018, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 532 RIGGS AVENUE, BERLIN NJ 08009<br>(FMV $250,833.00) |
|---|---|

| Liens on property: | $279,162.00 - WELLS FARGO HOME MTG |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:    Andrew Sklar, Chapter 7 Trustee

Address:    1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-18003-ABA
Marco Schiano                                                         Chapter 7
Valerie L Schiano
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: May 09, 2018
                              Form ID: pdf905          Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2018.
```
db/jdb        +Marco Schiano,    Valerie L Schiano,    532 Riggs Avenue,    Berlin, NJ 08009-2710
cr            +CAB East LLC, serviced by Ford Motor Credit Compan,    P.O. Box 62180,
                Colorado Springs, CO 80962-2180
cr            +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                Mt. Laurel, NJ 08054-3437
515480560    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
515480559     +Bby/Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
515480561    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
515480562     +Cap1/Neimn,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
515480563     +Chase,    Po Box 901003,    Ft Worth, TX 76101-2003
515480564     +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
515480565     +Client Services Inc,    3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
515480566      Copit Plastic Surgery Assoc.,    840 Walnut Street,    15th Floor,    Philadelphia, PA 19107-5109
515508664     +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
                Mason, OH 45040-8053
515480570      EIS LLC,   P.O. Box 1730,    Reynoldsburg, OH 43068-8730
515480569     +Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
515480572     +FMA Alliance, Ltd.,    12339 Cutten Road,    Houston, TX 77066-1807
515496037    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Motor Credit Company LLC,    Dept. 55953,   P.O. Box 55000,
                Detroit, MI  48255-0953)
515480571     +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
515480573     +Ford Cred,    Po Box Box 542000,    Omaha, NE 68154-8000
516946630     +Ford Motor Credit Co., serv. for Cab East LLC,    P.O. Box 62180,
                Colorado Springs, CO 80962-2180
515658915      JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
                Ft. Worth, TX 76101-2032
515480576     +MRS Associates,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
515480575     +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
515528272      NAVIENT CREDIT FINANCE CORP - FHLB on behalf,    Educational Credit Management Corporatio,
                Educational Credit Management Corporatio,    PO BOX 16408,    St Paul, MN  55116-0408
515480577     +Northland Group, Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
515480578     +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                Trenton, NJ 08695-0245
515480579     +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
515480582    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                Frederick, MD 21701)
515480581     +Wells Fargo Bank Nv Na,    Po Box 31557,    Billings, MT 59107-1557
515637344     +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    MAC# D3347-014,
                3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
515705031      Wells Fargo Bank, N.A.,    Home Equity Group,    1 Home Campus X2303-01A,
                Des Moines, IA 50328-0001
515629447     +Wells Fargo Bank, N.A.,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                Mountainside, NJ 07092-2315
515601917      eCAST Settlement Corporation, assignee,    of Citibank, N.A.,    POB 29262,
                New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 10 2018 01:21:27     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 10 2018 01:21:24     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
515480558     +E-mail/Text: legal@arsnational.com May 10 2018 01:21:13     ARS National Services, Inc,
                201 West Grand Ave,    Escondido, CA 92025-2603
515480557     +E-mail/Text: bknotices@conduent.com May 10 2018 01:22:20     Acs/Navient,    501 Bleecker St,
                Utica, NY 13501-2401
515605549      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 09 2018 23:22:37
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK  73124-8838
515616841     +E-mail/Text: bnc@bass-associates.com May 10 2018 01:20:39     Cavalry SPV I, LLC,
                c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Suite 200,    Tucson, AZ 85712-1083
515480567     +E-mail/Text: electronicbkydocs@nelnet.net May 10 2018 01:21:29     Dept Of Education/Neln,
                121 S 13th St,    Lincoln, NE 68508-1904
515497325      E-mail/Text: mrdiscen@discover.com May 10 2018 01:20:42     Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
515480568     +E-mail/Text: mrdiscen@discover.com May 10 2018 01:20:42     Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
```

```
District/off: 0312-1           User: admin              Page 2 of 2                  Date Rcvd: May 09, 2018
                               Form ID: pdf905          Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
515480574       +E-mail/Text: cio.bncmail@irs.gov May 10 2018 01:21:04      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,   Philadelphia, PA 19101-7346
515564236       +E-mail/Text: bankruptcydpt@mcmcg.com May 10 2018 01:21:24
                 Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
515703862       +E-mail/Text: JCAP_BNC_Notices@jcap.com May 10 2018 01:21:42       Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,   Saint Cloud Mn 56302-7999
515502033       +E-mail/Text: electronicbkydocs@nelnet.net May 10 2018 01:21:29      U.S. Department of Education,
                 C/O Nelnet,   3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
515480580       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 10 2018 01:20:37
                 Verizon,    500 Technology Dr Ste 30,   Weldon Spring, MO 63304-2225
                                                                                                TOTAL: 14

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2018 at the address(es) listed below:

```
              Andrew   Sklar    andy@sklarlaw.com,    NJ43@ecfcbis.com;dolores@sklarlaw.com
              Andrew L. Spivack    on behalf of Creditor    Wells Fargo  Bank, N.A. nj.bkecf@fedphe.com
              Carrie J. Boyle    on behalf of Joint Debtor Valerie L Schiano cboyle@b-vlaw.com,
               cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;l
               wood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcase.com;carrie.boyle@comcast.net
              Carrie J. Boyle    on behalf of Debtor Marco  Schiano cboyle@b-vlaw.com,
               cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;l
               wood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcase.com;carrie.boyle@comcast.net
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joel A. Ackerman    on behalf of Creditor    Wells Fargo  Bank, N.A. jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    Wells Fargo  Bank, N.A. jackerman@zuckergoldberg.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Michael S. Ackerman    on behalf of Creditor    Wells Fargo  Bank, N.A.
               bankruptcynotice@zuckergoldberg.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Thomas G. Egner    on behalf of Joint Debtor Valerie L Schiano tegner@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
               om;mfunk@mcdowelllegal.com
              Thomas G. Egner    on behalf of Debtor Marco  Schiano tegner@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
               om;mfunk@mcdowelllegal.com
                                                                                                TOTAL: 14
```