Order Filed on July 17, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone:  (973) 645-3014
Facsimile:  (973) 645-5993
E-mail: Lauren.Bielskie@usdoj.gov

| | |
|---|---|
| In Re: | Case No.: 15-18003 (ABA) |
| Marco Schiano and Valerie L. Schiano, | Chapter 7 |
| Debtors. | Hearing Date:  July 17, 2018, at 10:00 a.m. |
| | Judge: The Honorable Andrew B. Altenburg, Jr. |

**ORDER EXTENDING THE TIME TO FILE A MOTION TO DISMISS CASE UNDER 11 U.S.C. § 707(b)(1) AND (3) AND EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727**

The relief set forth on the following page, numbered 2, is hereby **ORDERED**.

**DATED: July 17, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors: Marco Schiano and Valerie L. Schiano
Chapter 7 Case No. 15-18003 (ABA)

**Order Extending the Time to File a Motion to Dismiss Case Under 11 U.S.C. § 707(b)(1) and (3) and Extending the Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727**

---

Upon consideration of the Acting United States Trustee's motion, by and through counsel, for an order extending the time for the Acting United States Trustee to file a motion under 11 U.S.C. § 707 (b)(1) and (3), and extending the time to file a complaint objecting to discharge under 11 U.S.C. § 727, and notice of the motion having been given to the Debtors and Debtors' counsel, and the Court having found cause for the entry of the within order, it is hereby

**ORDERED** that any motion by the Acting United States Trustee to dismiss this case under 11 U.S.C. § 707 (b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727, must be filed by **September 18, 2018;** and it is further

**ORDERED** that the Acting United States Trustee reserves his right to seek a further extension of the time to file a motion to dismiss under 11 U.S.C. § 707 (b)(1) and (3) or a complaint objecting to discharge under 11 U.S.C. § 727.