| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>Lauren Bielskie, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Facsimile: (973) 645-5993<br>Email: Lauren.Bielskie@usdoj.gov | **Order Filed on October 18, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Marco Schiano and Valerie L. Schiano,<br><br>Debtors. | Case No.: 15-18003 (ABA)<br><br>Chapter 7<br><br>Judge: Honorable Andrew B. Altenburg, Jr. |

**CONSENT ORDER EXTENDING TIME TO FILE A MOTION TO DISMISS CASE UNDER 11 U.S.C. §§ 707(b)(1) AND (3) AND EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 18, 2018**

_[signature]_
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)

Debtors: Marco Schiano and Valerie L. Schiano

Chapter 7 Case No.:15-18003 (ABA)

**Consent Order Extending Time to File a Motion to Dismiss Case Under 11 U.S.C. §§ 707(b)(1) and (3) and Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727**

___

THIS MATTER having been consensually opened to the Court and agreed upon by and between Andrew R. Vara, Acting United States Trustee, by and through his counsel Lauren Bielskie, Esq., and Carrie J. Boyle, Esq., counsel for the Debtors, Marco Schiano and Valerie L. Schiano, and for other good cause shown, it is hereby

**ORDERED** that any motion by the Acting United States Trustee to dismiss the present Chapter 7 case under 11 U.S.C. §§ 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727 by the Acting United States Trustee and/or the Chapter 7 trustee must be filed on or before **October 18, 2018**; and it is further;

**ORDERED** that the Acting United States Trustee reserves his right to seek a further extension of the time to file a motion pursuant to 11 U.S.C. §§ 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727.

| | |
|---|---|
| The form and entry of the order is hereby acknowledged and agreed to: | Without Objection: |
| | |
| | Andrew R. Vara |
| Attorney for the Debtors | Acting United States Trustee, Region 3 |
| | |
| By:   */s/Carrie J. Boyle*_____ | By:   */s/Lauren Bielskie*_____ |
|         Carrie J. Boyle, Esq. |         Lauren Bielskie, Esq. |
|         Attorney for the Debtors |         Trial Attorney |