UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Facsimile: (973) 645-5993
Email: Lauren.Bielskie@usdoj.gov

**Order Filed on October 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Marco Schiano and Valerie L. Schiano,

Debtors.

Case No.: 15-18003 (ABA)

Chapter 7

Judge: Honorable Andrew B. Altenburg, Jr.

**CONSENT ORDER EXTENDING TIME TO FILE A MOTION TO DISMISS CASE
UNDER 11 U.S.C. §§ 707(b)(1) AND (3) AND EXTENDING TIME TO FILE A COMPLAINT
OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 18, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtors: Marco Schiano and Valerie L. Schiano

Chapter 7 Case No.:15-18003 (ABA)

**Consent Order Extending Time to File a Motion to Dismiss Case Under 11 U.S.C. §§ 707(b)(1) and (3) and Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727**

___

THIS MATTER having been consensually opened to the Court and agreed upon by and between Andrew R. Vara, Acting United States Trustee, by and through his counsel Lauren Bielskie, Esq., and Carrie J. Boyle, Esq., counsel for the Debtors, Marco Schiano and Valerie L. Schiano, and for other good cause shown, it is hereby

**ORDERED** that any motion by the Acting United States Trustee to dismiss the present Chapter 7 case under 11 U.S.C. §§ 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727 by the Acting United States Trustee and/or the Chapter 7 trustee must be filed on or before **October 18, 2018**; and it is further;

**ORDERED** that the Acting United States Trustee reserves his right to seek a further extension of the time to file a motion pursuant to 11 U.S.C. §§ 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727.

| | |
|---|---|
| The form and entry of the order is hereby acknowledged and agreed to: | Without Objection: |
| | Andrew R. Vara |
| Attorney for the Debtors | Acting United States Trustee, Region 3 |
| By:   */s/Carrie J. Boyle*<br>       Carrie J. Boyle, Esq.<br>       Attorney for the Debtors | By:   */s/Lauren Bielskie*<br>       Lauren Bielskie, Esq.<br>       Trial Attorney |

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                      Case No. 15-18003-ABA
Marco Schiano                                               Chapter 7
Valerie L Schiano
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1         User: admin                 Page 1 of 1          Date Rcvd: Oct 18, 2018
                             Form ID: pdf903             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2018.
db/jdb         #+Marco Schiano,    Valerie L Schiano,    532 Riggs Avenue,    Berlin, NJ 08009-2710

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2018 at the address(es) listed below:
              Andrew   Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Andrew L. Spivack    on behalf of Creditor   Wells Fargo Bank, N.A. nj.bkecf@fedphe.com
              Carrie J. Boyle    on behalf of Debtor Marco  Schiano cboyle@b-vlaw.com,
               cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;l
               wood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com
              Carrie J. Boyle    on behalf of Joint Debtor Valerie L Schiano cboyle@b-vlaw.com,
               cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;l
               wood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor   CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Lauren Bielskie    on behalf of U.S. Trustee   United States Trustee lauren.bielskie@usdoj.gov
              Nicholas V. Rogers    on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Thomas G. Egner    on behalf of Debtor Marco  Schiano tegner@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
               om;mfunk@mcdowelllegal.com
              Thomas G. Egner    on behalf of Joint Debtor Valerie L Schiano tegner@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
               om;mfunk@mcdowelllegal.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 13