Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                       Case No.:  15−18003−ABA
                       Chapter:  7
                       Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Marco Schiano | Valerie L Schiano |
| 223 Deerpark Court | aka Valerie Pino, aka Valerie Lynn Schiano |
| Marlton, NJ 08053 | 123 Jamestown Blvd |
| | Hammonton, NJ 08037 |

Social Security No.:
  xxx−xx−8531                                         xxx−xx−9047

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Andrew Sklar is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 7, 2018</u>                     <u>Andrew B. Altenburg Jr.</u>
                                                            Judge, United States Bankruptcy Court